FILED
April 30, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002599379

David Foyil
Attorney at Law
SBN 178067
18 Bryson Drive
Sutter Creek, CA 95685
Telephone: (209) 223-5363
Facsimile:   (209) 223-9083

Attorney for Debtor(s),
JASON CORNELL

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re:

JASON CORNELL,

    Debtor(s).

Case No. 2010-24403

DC No: DEF-001

MOTION TO ABANDON ASSETS

Date: June 21, 2010
Time: 9:00 A.M.
Place: Seventh Floor, Courtroom 28
      United States Bankruptcy Court
      501 I Street, Sacramento, California

Comes now Jason Cornell, the debtor requests that this Court enter an Order abandoning all assets in his bankruptcy case In support of this motion, the debtor avers:

1. The debtor filed this bankruptcy case on February 24, 2010.

2. The first date set for the creditors' meeting under section 341 was April 5, 2010. The debtor and debtors council appeared at the meeting.

3. The trustee declined to complete the meeting on that date, and continued the meeting of creditors to May 3, 2010.

4. The debtor operates his business as a sole proprietor. The name of the business is Cornell Drywall.

5. The debtor asserts that there is no value or non-exempt assets derived from his business. Therefore their would be nothing available for distribution to creditors in this case.

6. The trustee has raised concerns with regards to the continue operation of the business

post petition with respect to the potential liability to the bankrupt estate.

7. The debtor is informed and believes that the chapter 7 trustee has no objection to abandonment of all assets pertaining to the debtor business commonly known as Cornell Drywall. He intends to open a similar business with a different name.

WHEREFORE, the debtor requests that this Court enter an Order abandoning all assets in his bankruptcy case.

Dated: April 30, 2010                /s/ David Foyil
                                               David Foyil,
                                               Attorney for Debtor.