Case 10-24403   Filed 04/30/10   Doc 16

FILED
April 30, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002599380

1  David Foyil
   Attorney at Law
2  SBN 178067
   18 Bryson Drive
3  Sutter Creek, CA 95685
   Telephone: (209) 223-5363
4  Facsimile:  (209) 223-9083

5  Attorney for Debtor(s),
    JASON CORNELL

6

7

8              UNITED STATES BANKRUPTCY COURT
               EASTERN DISTRICT OF CALIFORNIA
9                  SACRAMENTO DIVISION

10 In Re:                          )   Case No. 2010-24403
        JASON CORNELL,             )
11                                 )   DC No: DEF-001
           Debtor(s).              )
12 _____)   NOTICE OF MOTION TO ABANDON
                                       ASSETS
13
                                       Date:   June 21, 2010
14                                     Time:   9:00 A.M.
                                       Place:  Seventh Floor, Courtroom 28
15                                             United States Bankruptcy Court
                                               501 I Street, Sacramento, California
16
17     NOTICE IS HEREBY GIVEN that a hearing has been scheduled for the Confirmation of

18 Debtors' Motion to Abandon Assets. This hearing shall be held on June 21, 2010, at the hour of 9:00

19 a.m. or as soon thereafter as the matter may be heard. The hearing shall take place in Courtroom 28

20 of the United States Bankruptcy Court for the Eastern District of California, Sacramento Division.

21 The Courthouse is located at 501 I Street, Sacramento, California. A copy of the aforesaid plan has

22 been served on all creditors.

23     By this Motion Debtor(s) seek to obtain an order abandoning all non-exempt assets in his

24 bankruptcy case.

25     The motion will be based upon this Notice of Motion, the Motion to Abandon all Assets and

26 the Declaration of Jason Cornell in Support of the Motion, filed and served herewith, upon the files

27 and records in this case, and such other and further evidence as may be presented at the hearing of this

28 motion.

DATED: April 30, 2010               /s/ David Foil
                                    DAVID FOYIL, Attorney for Debtor(s).